PROB 12C  
(6/16)

Report Date: July 9, 2025

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2025

SEAN F. McAVOY, CLERK

## Petition for Incorporation for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Susen Ann Gorst | Case Number: 0980 1:22CR02084-SAB-1 |
| Address of Offender: ▮▮▮▮ | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 30, 2024

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(c) | |
| Original Sentence: | Probation - 36 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Todd Swenson | Date Supervision Commenced: April 30, 2024 |
| Defense Attorney: | Federal Defender | Date Supervision Expires: April 29, 2027 |

## PETITIONING THE COURT

To incorporate the below allegation with the two pending petitions before the Court, dated August 19 and 23, 2024, (ECF No. 67 and 69). A warrant was previously issued by the Court on August 21, 2024.

On May 9, 2024, conditions of probation were reviewed and signed by Ms. Gorst acknowledging an understanding of her requirements and conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Ms. Gorst is alleged to be in violation of her conditions of probation by being charged with felony eluding in Toppenish, Washington, (incident number 25P3617) on July 4, 2025.<br><br>On July 7, 2025, this officer reviewed Toppenish Police Department incident report 25P3617, dated July 4, 2025. According to the incident report completed by Detective Sergeant Vanderhoof, on July 4, 2025, at approximately 0725 hours, he was on patrol, training a new lateral officer. While clearing from a graffiti call at the Dollar Tree, a primer gray Toyota Tacoma was observed leaving the alleyway behind 107 South Alder Street. A female driver was observed operating the vehicle, and the detective immediately recognized the female to be Susen Gorst. The detective knew her because of multiple previous arrests and contacts with Ms. Gorst during his 7 year career with the Toppenish Police Department. She had also been involved in drug investigations. |

Prob12C
Re: Gorst, Susen Ann
July 8, 2025
Page 2

The detective followed the vehicle she was operating, bearing license plate YN9183. The detective believed Ms. Gorst did not have a driver's license and asked dispatch to check for her driving status, wants, and orders. Dispatch advised Ms. Gorst had a U.S. Marshals warrant. After Ms. Gorst's vehicle crossed the intersection of State Route 22 and Highway 97, the detective activated his vehicle's emergency lights. After waiting approximately 3-5 seconds, Ms. Gorst was not pulling over or slowing down and there was a semi-truck in front of her vehicle. After not yielding, the detective activated his vehicle sirens. Ms. Gorst still did not pull over. The semi-truck pulled over and Ms. Gorst went around it. She then began to pick up speed. The detective pursued Ms. Gorst giving ample opportunity for her to pull over. Once she passed the semi-truck, there were no other vehicles in front of Ms. Gorst and she continued to drive, trying to flee. Ms. Gorst reached speeds above 80 miles per hour (mph) in a 55 mph zone. After confirming what the U.S. Marshal hold was for, the detective discontinued the pursuit and dispatch advised surrounding agencies of the vehicle, the suspect, and her last known location, which was south bound on Highway 97.

On July 7, 2025, Ms. Gorst was arrested and booked into the Yakima County Jail on charges for felony eluding.

The U.S. Probation Office respectfully recommends the Court incorporate the above-noted allegation with the petitions pending before the Court (ECF No. 67 and 69).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/09/2025

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

7/9/2025
Date