PROB 12C
(6/16)

Report Date: July 14, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Incorporation for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2025

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Name of Offender: Susen Ann Gorst | Case Number: 0980 1:22CR02084-SAB-1 |
| Address of Offender: ▮ | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 30, 2024

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(c) | | |
| Original Sentence: | Probation - 36 months | Type of Supervision: Probation | |
| Asst. U.S. Attorney: | Michael Murphy | Date Supervision Commenced: April 30, 2024 | |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: April 29, 2027 | |

### PETITIONING THE COURT

To incorporate the below allegation with the three pending petitions before the Court, dated August 19, and August 23, 2024, (ECF No. 67 and 69), and July 9, 2025 (ECF No. 82). Ms. Gorst is currently in the Yakima County Jail pending a revocation hearing before Your Honor set for August 12, 2025.

On May 9, 2024, conditions of probation were reviewed and signed by Ms. Gorst acknowledging an understanding of her requirements and conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: Ms. Gorst is alleged to be in violation of her conditions of probation by possessing 13 grams of fentanyl, 10 Suboxone strips, 6 Suboxone pills, 1 gram of methamphetamine, and 4.5 pills known to be Xanax on July 9, 2025. |
| | On July 10, 2025, this officer received two reports (via email) from the United States Marshals Service (USMS).  One report was from Yakima County Corrections dated July 7, 2025, and the other was from the USMS dated July 7, 2025. |
| | According to both reports received, on July 9, 2025, Deputy U.S. Marshal (DUSM) Becker and Deputy Security Officer (DSO) Peratrovich went to the Yakima County Jail to pick up prisoners for court at the federal building. Ms. Gorst was brought down from her cell to be transported to court. DUSM Becker asked a female officer to conduct a pat down search of Ms. Gorst prior to transport. Upon search, a clear bag was found underneath Ms. Gorst's |

Prob12C
Re: Gorst, Susen Ann
July 14, 2025
Page 2

breast area between her bra line. Per the report, Ms. Gorst immediately went to grab the bag with her right hand and was clenching it in her fist. According to the report, the female officer directed Ms. Gorst to hand over the bag. Ms. Gorst began to turn her body away from the officer and was attempting to pull her left arm from the officers grasp. An additional officer arrived to assist and took hold of what was in Ms. Gorst's hand while holding her by the right wrist. Ms. Gorst was placed in restraints. She was then transported to the federal courthouse while an investigation began at the Yakima County Jail.

Per the reports, upon completion of the investigation, the contents of the bag found on Ms. Gorst contained 13 grams of fentanyl, 10 Suboxone strips, 6 Suboxone pills, 1 gram of methamphetamine, and 4.5 pills known to be Xanax.

The U.S. Probation Office respectfully recommends the Court incorporate the above-noted allegation with the petitions pending before the Court (ECF No. 67, 69, and 82).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/14/2025

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Stan Bastian

Signature of Judicial Officer

7/22/2025
Date