PROB 12C
(6/16)

Report Date: August 22, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Incorporation for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Susen Ann Gorst | Case Number: 0980 1:22CR02084-SAB-1 |
| Address of Offender: Homeless | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 30, 2024

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(c) | |
| Original Sentence: | Probation - 36 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Michael Murphy | Date Supervision Commenced: April 30, 2024 |
| Defense Attorney: | Juliana Van Wingerden | Date Supervision Expires: April 29, 2027 |

### PETITIONING THE COURT

To incorporate the below allegation with the four pending petitions before the Court, dated August 19, and August 23, 2024, (ECF No. 67 and 69), July 9, 2025 (ECF No. 82) and July 22, 2025 (ECF No. 89). Ms. Gorst is currently in the Yakima County Jail pending a revocation hearing before Your Honor set for September 24, 2025.

On May 9, 2024, conditions of probation were reviewed and signed by Ms. Gorst acknowledging an understanding of her requirements and conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ms. Gorst is alleged to be in violation of her conditions of probation by consuming fentanyl while in the Yakima County Jail on August 21, 2025. |
| | On August 21, 2025, this officer received an email with an attached report from Yakima County Jail Corrections Officer D. Arnold. Per Officer Arnold, Ms. Gorst was found to be consuming fentanyl brought in by another inmate on August 21, 2025. |
| | According to the report written by Officer Arnold, on August 21, 2025, she received a call from a second floor officer who stated a female located in A-tank wanted to be removed from the tank due to drug use. The inmate stated she did not want to be around the drug use. |

Prob12C
Re: Gorst, Susen Ann
August 22, 2025
Page 2

Per the report, at that time Officer Arnold began to watch video surveillance in A-tank. According to the extensive content provided, this officer has quoted the events as noted in the report for review. The report time frames are in military time:

"1757 hours Gorst takes in a shampoo bottle then comes back out a few seconds later with what looked to be something white in her right hand and as she walks out of the bathroom puts it inside her blanket as she wrapping it around her waist walking back to her bed.

1801 hours inmate # 421833 goes to Gorst's bed, then at 1803 hours inmate #421833 gives Gorst a soap dish that she takes back into the bathroom then comes back out a few seconds later.

1819 hours Gorst goes to inmate #421833 bed (starting to fade out). #421833 gives Gorst a spoonful of coffee and then makes her drink coffee. Another inmate is standing against the wall laughing.

1820 hours inmate #421833 starts slapping Gorst on the face and then grabs her and they start walking the day room back and forth.

1821 hours inmate #421833 takes Gorst to outside shower, puts water on her face and back of neck and then they continue walking.

Between 1827 and 1850, several inmates go back and forth into the restroom to check on Gorst.

1851 hours a male corrections officer comes in to do wristband checks, Gorst makes it out of the bathroom on her own and back into her bed before he gets to her bed to check wristbands.

1855-1947 hours Gorst is sitting in bed fanning self with paper, others come over and help fan her too."

Around 1000 hours, officer Arnold was detailed to the second floor. Several officers, including Officer Arnold, walked into A-tank. Two inmates were handcuffed and others, including Ms. Gorst, were placed into the contact room until they could be searched. Officer Arnold then took Ms. Gorst down to the first floor booking area to strip search and question her.

Per Officer Arnold's report, "I spoke to Gorst while I was dressing her out, I asked her why and told her I was disappointed in her. She at first denied knowing anything I was talking about, but then she tried to tell me in a roundabout way without being a snitch that fentanyl was brought in, but she doesn't have it. I told her I already knew she used some of it I could see it in the cameras, she said that I could give her a urine sample test and that she would pass it. I told her I'm glad you didn't die, and the girls looked out for you."

According to the report, after speaking to the inmate who admitted to bringing drugs into the facility, Officer Arnold returned to where Ms. Gorst was being held. Per Officer Arnold, "I asked her if she was ready to tell me the truth yet. She started tearing up and said she was sorry, and she was worried about getting others in trouble. I told her that ship has already

Prob12C
**Re: Gorst, Susen Ann**
**August 22, 2025**
**Page 3**

sailed, and right now she should be more worried about herself. She was very sad but polite and said that she had already messed up so badly and was already going back to prison. I asked her to just be honest with me, and I am not here to get you guys in more trouble but when you lie, bring in and use drugs that makes it really hard on my part to not. I then told her that I already knew she used because I can see the girls taking care or her and trying to keep her awake when she was crashing. She then admitted she used some of the fentanyl that [the other inmate] brought in. I asked her how much [the inmate] brought in and Gorst said it wasn't very much, about a dime size amount. I asked her if anyone else used it and she shook her head no. She then said she got scared last night and it wasn't a good feeling. I told her thanks for not dying and she's lucky that [inmate #421833] took such good care of her. I also told her that [inmate] admitted to bringing the drugs in already, so she doesn't have to worry about feeling like she is ratting her out. Gorst said she only used a little bit of the drugs and snorted them up her nose."

The U.S. Probation Office respectfully recommends the Court incorporate the above-noted allegation with the petitions pending before the Court (ECF No. 67, 69, 82 and 89).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/22/2025

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

8/25/2025
Date